**UNDER SEAL**

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>ANDREW JON THOMASBERG<br><br>Defendant(s) | )<br>)<br>) Case No.<br>)    1:19-mj-407<br>)<br>)<br>) |

SEP 18 2019

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 18, 2017__ in the county of __Fairfax & Loudoun__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(a)(6) | False Statement during Acquisition of a Firearm; and |
| 18 USC § 922(g)(3) | Possession of Firearm by Controlled Substance Abuser |

This criminal complaint is based on these facts:

(See attached affidavit.)

☐ Continued on the attached sheet.

SAUSA Anthony Mariano/AUSA William Fitzpatrick

*Complainant's signature*

Shawn Matthew, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/18/19

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: __Alexandria, VA__   Hon. Theresa Carroll Buchanan, U.S. Magistrate Judge
*Printed name and title*