JS 45 (01/2008) **REDACTED**

Criminal Case Cover Sheet U.S. District Court

**Place of Offense:** Under Seal: Yes X  No ___ Judge Assigned: _Buchanan_

City _____ ____Superseding Indictment ____Criminal Number: _____

County/Parish Fairfax & Loudoun ____Same Defendant ____New Defendant  X

Magistrate Judge Case Number 1:19-mj-407   Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

Defendant Information:

**Juvenile** — Yes ___ No  X   **FBI #** _____

**Defendant Name:** ANDREW JON THOMASBERG   Alias Name(s) _____

**Address:** McLean, VA

**Employment:** _____

Birth date xx/xx/1998  SS# xxx-xx-6752  Def Sex M  Race ___  Nationality ___  Place of Birth ___

Height ___ Weight ___ Hair ___ Eyes ___ Scars/Tattoos ___

Interpreter: X No ___ Yes  List language and/or dialect: ___  Automobile Description ___

Location Status:

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody   ___ On Pretrial Release   X Not in Custody

X Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested

___ Arrest Warrant Pending   ___ Detention Sought   ___ Bond _____

Defense Counsel Information:

Name: _____   ___ Court Appointed   Counsel conflicted out: _____

Address: _____   ___ Retained

Telephone: _____   ___ Public Defender   Federal Public Defender's Office conflicted out: Yes

U.S. Attorney Information:

SAUSA Andrew Mariano   Telephone No: 703-299-3808   Bar # _____

Complainant Agency, Address & Phone Number or Person & Title:
Shawn Matthews, Special Agent, Federal Bureau of Investigations

U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC § 922(a)(6) | False Statement during Acquisition of a Firearm | 1 | Felony |
| Set 2 | 18 U.S.C. § 922(g)(3) | Possession of Firearm by Controlled Substance Abuser | 2 | Felony |
| Set 3 | | | | |

(May be continued on reverse)

Date: 9/18/19   Signature of SAUSA: _____