AO 442 (Rev. 11/11) Arrest Warrant

10979897

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ANDREW JON THOMASBERG | ) | Case No. 1:19-mj-407 |
| | ) | |
| Defendant | ) | |

ORIGINAL USMS
FILED
SEP 1 9 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

ORIGINAL USMS

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ANDREW JON THOMASBERG,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: False Statement during Acquisition of a Firearm; in violation of Title 18, United States Code, Section 922(a)(6);
Count 2: Possession of Firearm by Controlled Substance Abuser, in violation of Title 18, United States Code, Section 922(g)(3).

Date: 9/15/19

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

*Issuing officer's signature*

City and state: Alexandria, VA

Hon. Theresa Carroll Buchanan, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 09/18/2019, and the person was arrested on *(date)* 09/19/2019
at *(city and state)* McLean, Virginia.

Date: 09/19/2019

*Arresting officer's signature*

Melanie Lorenzo SA FBI
*Printed name and title*