UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARRROLL BUCHANAN

UNITED STATES OF AMERICA

HEARING: **R5**     CASE #: **19mJ407**

-VS-

DATE: **9/19/19**     TIME: **2:00pm**

**Andrew Thomasberg**

TYPE: FTR RECORDER     DEPUTY CLERK: T. FITZGERALD

COUNSEL FOR THE UNITED STATES: **A. Mariano**

COUNSEL FOR THE DEFENDANT: **w/o**

INTERPRETER: _____     LANGUAGE: _____

( X ) DEFENDANT APPEARED:     (   ) WITH COUNSEL     ( X ) WITHOUT COUNSEL

( X ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( X ) COURT TO APPOINT COUNSEL **FPD**     (   ) DFT. TO RETAIN COUNSEL

(   ) GVT. CALL WITNESS & ADDUCES EVIDENCE

(   ) EXHBIT # _____ ADMITTED

(   ) PROBABLE CAUSE: FOUND (   ) / NOT FOUND (   )

(   ) PRELIMINARY HEARING WAIVED

(   ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

(   ) DEFT. ADMITS VIOLATION (   ) DFT. DENIES VIOLATION     (   ) COURT FINDS DFT. IN VIOLATION

MINUTES: **USA seeks detention - Granted.**

CONDITIONS OF RELEASE:
($          ) UNSECURED ($          ) SECURED (   ) PTS (   ) 3RD PARTY (   ) TRAVEL RESTRICTED •
(   ) APPROVED RESIDENCE (   ) SATT (   ) PAY COSTS (   ) ELECTRONIC MONITORING (   ) MENTAL HEALTH
TEST/TREAT (   ) ROL (   ) NOT DRIVE (   ) FIREARM (   ) PASSPORT (   ) AVOID CONTACT
(   ) ALCOHOL & DRUG USE (   ) EMPLOYMENT

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
(   ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION

NEXT COURT APPEARANCE: **9/20/19** at **2:00pm** Before **Buchanan**
( X ) DH ( X ) PH (   ) STATUS (   ) TRIAL (   ) JURY (   ) PLEA (   ) SENT (   ) PBV (   ) SRV (   ) R5