AO 470 (8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF VIRGINIA



F I L E D

SEP 1 9 2019

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

       v.

Andrew Thomasberg

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

CASE NO. 19mJ407

Upon motion of the United States Government, it is hereby ORDERED that a

detention hearing is set for _____9/20/19_____ at __2:00 pm__

before the Honorable ___Theresa Carroll Buchanan___ in Courtroom __500__ at

401 Courthouse Square, Alexandria, Virginia.

Pending this hearing, the defendant shall be held in custody by the United

States Marshal and produced for the hearing.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Date: 9/19/19

_____
Theresa Carroll Buchanan
United States Magistrate Judge

*If not held immediately upon defendant's first appearance, the hearing maybe continued for up to three days upon motion of the
Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present.  Subsection (1) sets forth the
grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion
of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or
(b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a
prospective witness or juror.