UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

-VS-

Andrew Thomasberg

MAGISTRATE JUDGE: THERESA CARRROLL BUCHANAN

HEARING: PH/DH    CASE #: 19mJ407

DATE: 9/20/19    TIME: 2:00pm

TYPE: FTR RECORDER    DEPUTY CLERK: T. FITZGERALD

COUNSEL FOR THE UNITED STATES: A. Mariano

COUNSEL FOR THE DEFENDANT: E. Amato

INTERPRETER: _____    LANGUAGE: _____

( X ) DEFENDANT APPEARED:  ( X ) WITH COUNSEL    ( ) WITHOUT COUNSEL

( ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( ) COURT TO APPOINT COUNSEL _____    ( ) DFT. TO RETAIN COUNSEL

( X ) GVT. CALL WITNESS & ADDUCES EVIDENCE

( X ) EXHBIT # 1 and 2A-2F ADMITTED

( X ) PROBABLE CAUSE: FOUND ( X ) / NOT FOUND ( )

( ) PRELIMINARY HEARING WAIVED

( X ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) DEFT. ADMITS VIOLATION ( ) DFT. DENIES VIOLATION ( ) COURT FINDS DFT. IN VIOLATION

MINUTES: Agent adopts the Affidavit as part of his testimony; Cross examination of witness; Deft argues PC as to Count 2; And argues for Bond w/conditions - DENIED.

CONDITIONS OF RELEASE:
($ ) UNSECURED ($ ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING ( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT ( ) AVOID CONTACT
( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS w/o Bond pending Trial.
( ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION

NEXT COURT APPEARANCE: _____ at _____ Before _____
( ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) RS