**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | Case No. 1:19-mj-407 |
| | ) | |
| **ANDREW JON THOMASBERG,** | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW the Defendant, Andrew Jon Thomasberg, and moves this Honorable Court to substitute counsel in his case. The Court previously appointed Elita C. Amato to represent Mr. Thomasberg. Mr. Thomasberg has now retained counsel, Gretchen Lynch Taylor, to represent him and respectfully moves this Honorable Court to substitute Ms. Taylor for Ms. Amato.

A proposed order of substitution will be filed simultaneously with the Court.

Respectfully submitted,

ANDREW JON THOMASBERG

By: _____/s/_____

Gretchen Lynch Taylor
Virginia Bar #39087
Attorney for Andrew Jon Thomasberg
10605 Judicial Drive, Suite A-5
Fairfax, Virginia 22030
Phone: 703-385-5529
Fax: 703-934-1004
gretchen@taylorlawco.com

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September, 2019, I will electronically file the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record, including:

Anthony Mariano
US Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3700
Email: Anthony.Mariano2@usdoj.gov

_____/s/_____
Gretchen Lynch Taylor
Virginia Bar #39087
Attorney for Andrew Thomasberg
10605 Judicial Drive, Suite A-5
Fairfax, Virginia 22030
Phone: 703-385-5529
Fax: 703-934-1004
Gretchen@taylorlawco.com