AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America <br> *Plaintiff* <br> v. <br> Andrew Jon Thomasberg <br> *Defendant* | ) <br> ) Case No. 1:19-mj-407 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Andrew Jon Thomasberg

Date: 09/25/2019

*Attorney's signature*

Gretchen L. Taylor, VSB #39087
*Printed name and bar number*

Taylor Law Company
10605 Judicial Drive, Suite A-5
Fairfax, VA 22030
*Address*

gretchen@taylorlawco.com
*E-mail address*

(703) 385-5529
*Telephone number*

(703) 934-1004
*FAX number*