IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA, )
)
v. ) Case No. 1:19-mj-407
)
ANDREW JON THOMASBERG, )
Defendant. )

## ORDER OF SUBSTITUTION

THIS MATTER came on upon motion of the Defendant, Andrew Jon Thomasberg, to substitute counsel; and it appearing to the Court that the motion is proper, it is therefore

ADJUDGED, ORDERED AND DECREED that Elita Amato, Esq., is hereby withdrawn as counsel for the Defendant; and it is further

ADJUDGED ORDERED AND DECREED that the Court hereby recognize the appearance of Gretchen Lynch Taylor, Esq., as retained counsel for the Defendant in this case.

ENTERED this 26th day of September, 2019.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
_____
JUDGE

WE ASK FOR THIS:

_____
Andrew Jon Thomasberg, Defendant

_____
Gretchen Lynch Taylor, VSB#39087
Taylor Law Company
10605 Judicial Drive, Suite A-5
Fairfax, Virginia 22030
(703)385-5529 telephone
(703)934-1004 facsimile
gretchen@taylorlawco.com

_____
Elita C. Amato, Esq.
Elita Ceta Amato Attorney at Law
2111 Wilson Blvd., 8th Floor
Arlington, VA 22201
(703) 703-522-5900 telephone
(703) 703-522-1250 facsimile
amato.law@comcast.net