IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA        ) | |
| ) | |
| v.                              ) | Case No. 1:19-mj-407 |
| ) | |
| ANDREW JON THOMASBERG,          ) | |
| ) | |
| Defendant.                      ) | |

## ORDER

Upon the motion of the United States, by and through its attorneys, and the defendant,

Andrew Jon Thomasberg ("defendant"), by and through his attorney, and finding in accordance

with 18 U.S.C. § 3161, for the reasons stated in the Consent Motion to Extend Time for

Indictment, that the ends of justice served by granting the extension outweigh the best interests

of the public and the defendant in a speedy trial, it is hereby,

ORDERED that the time period for indicting the defendant be and is hereby extended up

to and including November 19, 2019.   Accordingly, the delay resulting from the pending motion

for extension shall be excluded in computing the time within which an indictment must be filed.

/s/

Leonie M. Brinkema
United States District Judge

Date: October 1, 2019
Alexandria, Virginia