IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREW JON THOMASBERG,<br><br>Defendant. | Case No. 1:19-CR-337<br><br>Count One: 18 U.S.C. § 922(a)(6)<br>False Statement in Firearms Purchase<br><br>Count Two: 18 U.S.C. § 922(g)(3)<br>Possession of Firearms by Illegal Drug User |

## CRIMINAL INFORMATION

### COUNT 1

(False Statement in Firearms Purchase)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or around October 17, 2017, the defendant, ANDREW JON THOMASBERG, in Loudoun County, Virginia, within the Eastern District of Virginia, in connection with the acquisition or attempted acquisition of any firearm or ammunition from a licensed importer, licensed manufacturer, licensed dealer, or licensed collector, knowingly made a false or fictitious oral or written statement intended or likely to deceive such importer, manufacturer, dealer, or collector with respect to any fact material to the lawfulness of the sale or other disposition of such firearm or ammunition.

(In violation of Title 18, United States Code, Section 922(a)(6).)

COUNT 2

(Possession of Firearms by an Illegal Drug User)

THE UNITED STATES ATTORNEY CHARGES THAT:

Between in or around November 2018, and in or around March 2019, in Fairfax County, Virginia, and Loudoun County, Virginia, both within the Eastern District of Virginia, the defendant, ANDREW JON THOMASBERG, while being an unlawful user of or addicted to controlled substances, did knowingly and unlawfully possess in and affecting commerce at least four firearms, specifically, a PTR .308 rifle, bearing serial number AW10866; a Fab. Nat. D'armes De Guerre rifle, bearing serial number A9929; an Engage Armament E4 rifle, bearing serial number (A)02313; and a VKT M39 rifle, bearing serial number 63933, such firearms having been shipped and transported in interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(3).)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Date: November 7, 2019      By: _____
Anthony W. Mariano
Special Assistant United States Attorney
Ronald L. Walutes, Jr.
Assistany United States Attorney