AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:19-CR-337 |
| Andrew Jon Thomasberg ) | |
| ) | |
| Defendant ) | |

FILED
IN OPEN COURT

NOV 12 2019

CLERK, U.S. DISTRICT
ALEXANDRIA, VA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/28/2019
       11/12/2019

_Andrew Thomasberg_
Defendant's signature

_[signature]_
Signature of defendant's attorney

Gretchen Taylor
Printed name of defendant's attorney

/s/
Liam O'Grady
United States District Judge
Judge's signature

Judge's printed name and title