# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

**UNITED STATES OF AMERICA**

v.  **PLEA AGREEMENT HEARING**

**ANDREW JON THOMASBERG**   Case No. 1:19CR337

HONORABLE LIAM O'GRADY presiding   Time Called: 1:58 p.m.
Proceeding Held: November 12, 2019   Time Concluded: 2:19 p.m.
Deputy Clerk: Amanda   Court Reporter: N. Linnell

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Anthony Mariano, Ronald Walutes |
| ANDREW THOMASBERG in person and by: | Gretchen Taylor |
| INTERPRETER: None | ☐ Interpreter Sworn |

☒ Defense counsel advises that defendant wishes to enter a plea of guilty
☒ Plea Agreement filed
☒ Defendant has reviewed plea agreement with counsel and is satisfied w/representation
☒ Defendant sworn
☐ Defendant advised that false statements made under oath may result in prosecution for perjury
☒ Court questions defendant as to background, education, medical history, drug usage

☒ Court advises defendant as to:
  ☒ Elements of the offense
  ☒ Maximum penalties
  ☐ Mandatory minimum sentence
  ☒ Forfeiture provision
  ☒ Sentencing guidelines
  ☒ Right to a jury trial
  ☒ Waiver of appeal rights
☒ Government provides factual basis as set forth in plea agreement

☒ GUILTY plea entered to Count(s) 1, 2 of the ☐ indictment, ☐ superseding indictment, ☒ information
☒ PSR ordered
☒ Sentencing set for: February 28, 2020 @ 9:00 a.m.

☒ Court finds Defendant's plea to be knowing and voluntary and that a factual basis exists for the plea
  ☒ Defendant adjudged guilty
X  Waiver of Indictment filed knowingly

☒ Detention continued; or  ☐ Bond continued:  ☒ as previously set, or  ☐ as modified: