JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:** Under Seal: Yes ___ No X    Judge Assigned: Judge O'Grady
City ___    Superseding Indictment ___    Criminal Number: 1:19-cr-337
County/Parish Fairfax & Loudoun    Same Defendant X    New Defendant ___
Magistrate Judge Case Number 1:19-mj-407    Arraignment Date: ___
Search Warrant Case Number ___
R 20/R 40 from District of ___
Related Case Name and No: U.S. v Brian Patrick Baynes 1:19-cr-232

**Defendant Information:**
Juvenile --Yes ___ No X   FBI # ___
Defendant Name: ANDREW JON THOMASBERG    Alias Name(s) ___
Address: McLean, VA
Employment: ___
Birth date xx/xx/1998  SS# xxx-xx-6752  Def Sex M  Race ___  Nationality ___  Place of Birth ___
Height ___ Weight ___ Hair ___ Eyes ___ Scars/Tattoos ___
Interpreter: X No ___ Yes  List language and/or dialect: ___  Automobile Description ___
Location Status:
Arrest Date 9/19/2019
X Already in Federal Custody as of 9/19/2019 in Alexandria City Jail
___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody
___ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested
___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond

**Defense Counsel Information:**
Name: Gretchen Taylor    ___ Court Appointed    Counsel conflicted out: ___
Address: ___    X Retained
Telephone: ___    ___ Public Defender    Federal Public Defender's Office conflicted out: Yes

**U.S. Attorney Information:**
SAUSA Anthony Mariano    Telephone No: 703-299-3808    Bar # ___
Complainant Agency, Address & Phone Number or Person & Title:
Shawn Matthews, Special Agent, Federal Bureau of Investigations

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC § 922(a)(6) | False Statement during Acquisition of a Firearm | 1 | Felony |
| Set 2 | 18 U.S.C. § 922(g)(3) | Possession of Firearm by Controlled Substance Abuser | 2 | Felony |
| Set 3 | | | | |

(May be continued on reverse)

Date: 11/7/19    Signature of SAUSA: ___