# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

**UNITED STATES OF AMERICA**

v.      **SENTENCING MINUTES**

**ANDREW JON THOMASBERG**      Case No. 1:19CR337

---

HONORABLE LIAM O'GRADY presiding      Time Called: 10:04 a.m.
Proceeding Held: February 28, 2020      Time Concluded: 10:43 a.m.
Deputy Clerk: Amanda      Court Reporter: S. Wallace

**Appearances:**

UNITED STATES OF AMERICA by:      Anthony Mariano, Ronald Walutes
ANDREW THOMASBERG in person and by:      Gretchen Taylor

INTERPRETER: None      ☐ Interpreter Sworn

---

☒ The parties have no objections to the factual statements in the PSR    ☐ The parties have no objections to the application of the guidelines in the PSR

☐ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☐ Defendant    ☒ Objections/corrections to application of guidelines by ☐ Plaintiff ☒ Defendant

---

☒ The government presents sentencing argument: Recommends 18 months.    ☒ The defendant presents sentencing argument: Requests time served.
☒ Defendant exercises right of allocution.    ☒ The court imposes sentence.
☐ The government dismisses count(s) _____.    ☐ Defendant advised of appeal rights.

---

**SENTENCING GUIDELINES:**
Offense Level: 13
Criminal History: I
Imprisonment Range: 12-18 months
Supervised Release Range: 1-3 years
Fine Range: $5,500.00 - $55,000.00
Restitution: NA
SA: $200.00

- Ms. Taylor presents argument on guideline calculation.
- Mr. Mariano responds. Ms. Taylor replies.
- Court does not modify PSR.

**SENTENCE IMPOSED:**

**Imprisonment:**     12     Months and 1 day as to Count(s)    One    of the Information.
                       12     Months and 1 day as to Count(s)    Two    of the Information.

    Imprisonment term for each count to be served ☒ concurrently ☐ consecutively.
    TOTAL TERM OF IMPRISONMENT IMPOSED: 12 months and 1 day with credit for time served.

**Probation:**          Years as to Count(s)        of the _____.

**Supervised Release:**   Three   Years as to Count(s)   One   of the Information.
                                Three   Years as to Count(s)   Two   of the Information.

**MONETARY PENALTIES**

**Special Assessment:**   $ 200.00    due immediately

**Fine:**                  $ _____    ☒ fine waived

**Restitution:**          $ NA    ☐ determination deferred

**JOINT AND SEVERAL PAYMENTS**

☐ Fine and/or ☐ Restitution is **joint and several** with _____.
☐ Repayment of Buy Money is **joint and several** with _____.

**FORFEITURE**

☒ All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☒ The court recommends the defendant's placement at a facility as close as NoVA as possible.
☐ The court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.
☐ Other: _____.

**CUSTODY**

☒ The defendant is remanded to the custody of the U.S. Marshal Service.
☐ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office; ☐ on or after _____.

# CONDITIONS OF SUPERVISED RELEASE/PROBATION

**Special Conditions**

- ☒ Drug Testing – Special Condition
- ☐ Drug Testing – Standard Condition
- ☐ Drug Testing – Waived
- ☐ Monthly Restitution Payment: $ _____
- ☐ Monthly Fine Payment: $ _____
- ☐ Repay Buy Money – Total: $ _____.
- ☐ Repay Buy Money: $ _____/month
- ☐ No New Lines of Credit
- ☐ Financial Disclosure
- ☐ Submit to search by USPO
- ☐ No tavern employment or patronization
- ☐ No employment with fiduciary responsibilities
- ☐ No gambling
- ☐ No transfer of assets in excess of $500.00
- ☒ No possession/use of computer – on-line access
- ☐ No possession/use of data encryption/erasure
- ☐ Provide computer passwords and logons
- ☐ Consent to computer searches
- ☒ No possession or use extremist material
- ☐ Home Confinement for _____ days
- ☐ Home Confinement with Alcohol Testing for _____ days
- ☐ Community Correctional Center: _____ days
- ☐ Residential Re-Entry Center: _____ days
- ☐ Cooperate with Bureau of Immigration/Customs
- ☐ Cooperate with IRS
- ☐ Cooperate with Child Support
- ☒ Participate in mental health treatment program
- ☐ Participate in sex offender assessment/treatment
- ☐ Waive confidentiality – sex offender treatment
- ☐ No sexually-explicit materials w/minors
- ☐ No possession/viewing of pornography or erotica
- ☐ Obtain GED or HSED
- ☐ No contact – unrelated children under 18
- ☐ No contact with victim(s)
- ☐ No contact with gang members
- ☐ Perform community service: _____ hours
- ☒ No possession of weapons or parts of weapons